THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DELIA AIKENS, on behalf of herself and other similarly situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>PANATTE, LLC, LAND HOME FINANCIAL SERVICES, INC., AND MORTGAGE DEFAULT SERVICES, LLC,<br><br>                      Defendants. | NO. 2:17-cv-01519-BAT<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT LAND HOME FINANCIAL SERVICES, INC. TO RESPOND TO COMPLAINT |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between all counsel that, subject to Court approval, the deadline for Defendant Land Home Financial Services, Inc. ("LHFS") to respond to the complaint shall be extended from November 7, 2017 to December 8, 2017.

On October 10, 2017, Plaintiff Delia Aikens filed a Class Action Complaint against Defendants. Defendant LHFS was served through its registered agent on October 17, 2017. Accordingly, absent an extension of time, Federal Rule of Civil Procedure 12(a)(1)(A) would require LHFS to answer, move or otherwise respond to the Complaint on November 7, 2017. To allow LHFS's counsel adequate time to investigate the allegations of the Complaint,

STIP AND ORDER EXTENDING DEADLINE
FOR DEFENDANT LHFS TO RESPOND TO
COMPLAINT (NO. 2:17-cv-01519-BAT) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1 | LHFS's counsel has requested an extension of time within which to answer, move or otherwise respond to the Complaint, and Plaintiff's counsel has agreed to that request.

Based on the foregoing, the parties hereby stipulate and agree that the time for LHFS to answer, move or otherwise respond to the Complaint is extended thirty (30) days until December 8, 2017.

Respectfully submitted this 6th day of November, 2017.

| DC Law Group NW, LLC | CALFO EAKES & OSTROVSKY PLLC |
|---|---|
| By: *s/ Matthew J. Cunanan*<br>Matthew J. Cunanan, WSBA#42530<br>Drew Davis, WSBA#47297<br>Christopher Wieting, WSBA#48207<br>Milena Vill, WSBA#51231<br>DC LAW GROUP NW LLC<br>221 1st Ave W #320<br>Seattle, WA 98119<br>Telephone: (206) 494-0400<br>Fax: (855) 494-0400<br>matthew@dclglawyers.com | By: *s/ Andrea Delgadillo Ostrovsky*<br>Andrea Delgadillo Ostrovsky, WSBA# 37749<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 407-2200<br>Fax: (206) 407-2224<br>Email: andreao@calfoeakes.com<br><br>*Attorney for Defendant Land Home Financial Services, Inc.* |

Jesse S. Johnson
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
jjohnson@gdrlawfirm.com

*Attorneys for Plaintiff*

STIP AND ORDER EXTENDING DEADLINE
FOR DEFENDANT LHFS TO RESPOND TO
COMPLAINT (NO. 2:17-cv-01519-BAT) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

**ORDER**

IT IS SO ORDERED.

The time for Defendant Land Home Financial Services, Inc. to answer, move or otherwise respond to the Complaint in this action is extended to December 8, 2017.

DATED this 15th day of November, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

STIP AND ORDER EXTENDING DEADLINE
FOR DEFENDANT LHFS TO RESPOND TO
COMPLAINT (NO. 2:17-cv-01519-BAT) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200  FAX (206) 407-2224