Hon. Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DELIA AIKENS, on behalf of herself and others similarly situated,<br>Plaintiff,<br>vs.<br>PANATTE, LLC, LAND HOME FINANCIAL SERVICES, INC. AND MORTGAGE DEFAULT SERVICES, LLC<br>Defendants. | NO. 2:17-CV-01519<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT PANATTE, LLC TO RESPOND TO COMPLAINT |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between all counsel that, subject to Court approval, the deadline for Defendant Panatte, LLC ("Panatte") to respond to the complaint shall be extended from November 10, 2017 to December 8, 2017.

On October 10, 2017, Plaintiff Delia Aikens filed a Class Action Complaint against Defendants. Defendant Panatte was served through its registered agent on October 20, 2017. Accordingly, absent an extension of time, Federal Rule of Civil Procedure 12(a)(1)(A) would require Panatte to answer, move or otherwise respond to the Complaint on November 10, 2017. To allow Panatte's counsel adequate time to investigate the allegations of the Complaint, Panette's counsel has requested an extension of time within which to answer,

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR DEFENDANT
PANATTE, LLS TO RESPOND TO COMPLAINT
(No: 2:17-cv-01519-BAT)

move or otherwise respond to the Complaint, and Plaintiff's counsel has agreed to that request.

Based on the foregoing, the parties hereby stipulated and agree that the time for Panatte to answer, move or otherwise respond to the Complaint is extended until December 8, 2017.

Respectfully submitted this 20th day of November, 2017.

DC LAW GROUP NW, LLC

By: s/ Matthew J. Cunanan

    Matthew J. Cunanan, WSBA #42530
    Drew Davis, WSBSA #47297
    Christopher Wieting, WSBA #48207
    Milena Vill, WSPA #51231
    DC LAW GROUP NW, LLC
    221 1st Avenue W #320
    Seattle, WA 98119
    Telephone: (206) 494-4000
    Fax: (855) 494-0400
    matthew@dclglawyers.com

    Jesse S. Johnson
    Greenwald Davidson Radbil PLLC
    5550 Glades Road, Suite 500
    Boca Raton, FL 33413
    Telephone (561) 826-5477
    jjohnson@gdrlawfirm.com

*Attorneys for Plaintiff*

1
2   WEINSTEIN & RILEY, PS
3
4   By: s/ Daniel A. Ross
        Daniel A. Ross, WSBA #37242
        Weinstein & Riley, PS
5       2001 Western Avenue, Suite 400
        Seattle, WA 98121
6       Telephone: (206) 269-3490
7       Fax: (206) 269-3493
        danielr@w-legal.com
8
    *Attorneys for Panatte, LLC*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR DEFENDANT
PANATTE, LLS TO RESPOND TO COMPLAINT
(No: 2:17-cv-01519-BAT)

# ORDER

IT IS SO ORDERED

The time for defendant Panatte, LLC to answer, move or otherwise respond to the Complaint in this action is extended to December 8, 2017

DATED this 6th day of December, 2017

*/s/ M. S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES CHIEF DISTRICT JUDGE