J. Scott Miller, WSBA #14620
Law Offices of J. Scott Miller, P.S.
201 W. North River Drive, Suite 305
Spokane, WA 99201
509.327.5591
jscottmiller@jscottmiller.com

HON. ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF WESTERN WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DELIA AIKENS, on behalf of herself and other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PANATTE, LLC, and LAND HOME FINANCIAL SERVICES, INC., and MORTGAGE DEFAULT SERVICES, LLC.<br>Defendants. | No. 2:17-cv-01519-RSL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT MORTGAGE DEFAULT SERVICES LLC TO ANSWER COMPLAINT** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between all counsel that, subject to Court approval, the deadline for Defendant Mortgage Default Services LLC ("MDS") to respond to the complaint shall be extended from February 2, 2018 to February 9, 2018.

Stipulation and Order Extending Deadline for Defendant
Mortgage Default Services to Answer Complaint - 1

*Law Offices of J. Scott Miller, P.S.*
201 W. North River Drive
Suite 305
Spokane, WA 99201
(509) 327-5591

On January 19, 2018, a Joint Status Report and Discovery Plan was filed in this Court (ECF No. 28) and it was anticipated that Defendant MDS would answer Plaintiff's amended complaint by February 2, 2018. Counsel for Defendant MDS has requested an extension of time to February 9, 2018 to answer Plaintiff's amended complaint. Plaintiff's counsel has agreed to this request.

Based on the foregoing, the parties stipulated and agree that the time for Defendant MDS to answer the amended complaint be extended to February 9, 2018.

Respectfully submitted this 2nd day of February, 2018.

LAW OFFICES OF J. SCOTT MILLER, P.S.

By: *s/ J. SCOTT MILLER*
J. SCOTT MILLER, WSBA #14620
Attorneys for Defendant Mortgage Default Services

Approved:

DC LAW GROUP NW LLC

By: *s/Jesse S. Johnson*
Jesse S. Johnson (pro hac vice)
Attorney for Plaintiff

Stipulation and Order Extending Deadline for Defendant
Mortgage Default Services to Answer Complaint - 2

*Law Offices of J. Scott Miller, P.S.*
201 W. North River Drive
Suite 305
Spokane, WA 99201
(509) 327-5591

# ORDER

IT IS SO ORDERED:

The time for Defendant Mortgage Default Services LLC to answer, move or otherwise response to the amended complaint in this action is extended to February 9, 2018.

DATED this 6th day of February, 2018.

*/s/ Robert S. Lasnik*

THE HONORABLE ROBERT S. LASNIK
UNITED STATES CHIEF DISTRICT JUDGE

Stipulation and Order Extending Deadline for Defendant
Mortgage Default Services to Answer Complaint - 3

*Law Offices of J. Scott Miller, P.S.*
201 W. North River Drive
Suite 305
Spokane, WA 99201
(509) 327-5591