# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **DELIA AIKENS**, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**PANATTE, LLC, LAND HOME FINANCIAL SERVICES, INC., AND MORTGAGE DEFAULT SERVICES, LLC,**<br><br>Defendants | Case No. 2:17-cv-01519-RSL<br><br>Class Action |

## ORDER EXTENDING CLASS CERTIFICATION-RELATED DEADLINES

Upon review and consideration of the parties' joint request to extend class-certification related deadlines for purposes of their exploring a possible resolution of this action, this Court hereby GRANTS the motion and ORDERS that the deadline for Plaintiff to file any motion for class certification be extended to July 20, 2018, with a noting date of August 24, 2018.

IT IS SO ORDERED.

Dated this 10th day of July, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge