# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **DELIA AIKENS**, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**MORTGAGE DEFAULT SERVICES, LLC,**<br><br>Defendant | Case No. 2:17-cv-01519-RSL<br><br>Class Action |

## ORDER ALLOWING LEAVE TO APPEAR BY TELEPHONE

Upon review and consideration of the parties' joint request to appear by telephone for the January 10, 2019 final approval hearing, this Court hereby GRANTS the motion and ORDERS that the parties may so appear by telephone for the January 10 hearing. The parties are directed to make teleconference arrangements with the Deputy Clerk, Kerry Simonds at 206-370-8519, as soon as possible.

IT IS SO ORDERED.

Dated this 2nd day of January, 2019.

*[signature]*
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE